AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

E-filing

| Habeas Corpus Resource Center | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 08 2649 |
| U.S. Department of Justice & Michael B. Mukasey | ) |
| Defendant | ) |

## Summons in a Civil Action

To: U.S. Department of Justice & Michael B. Mukasey
(Defendant's name)

CW

A lawsuit has been filed against you.

Within **60** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Michael Laurence & Barbara Saavedra
Habeas Corpus Resource Center
303 Second Street, Suite 400 South
San Francisco, CA 94107

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: MAY 27 2008

MARY ANN BUCKLEY
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)