MICHAEL LAURENCE (State Bar No. 121854)
BARBARA SAAVEDRA (State Bar No. 191628)
HABEAS CORPUS RESOURCE CENTER
303 Second Street, Suite 400 South
San Francisco, California 94107
Telephone: (415) 348-3800
Facsimile:  (415) 348-3873
mlaurence@hcrc.ca.gov
bsaavedra@hcrc.ca.gov
docketing@hcrc.ca.gov

Attorneys for the Plaintiff HABEAS CORPUS RESOURCE CENTER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HABEAS CORPUS RESOURCE CENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    and<br><br>MICHAEL B. MUKASEY, in his official capacity as United States Attorney General,<br><br>    Defendants. | Civil Action No.  CV-08-2649 CW<br><br>RETURN OF SUMMONS AND PROOF OF SERVICE |

PROOF OF SERVICE AND RETURN

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

E-filing

| Habeas Corpus Resource Center | ) | CV 08  2649 |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No.  CW |
| U.S. Department of Justice & Michael B. Mukasey | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: U.S. Department of Justice & Michael B. Mukasey
        *(Defendant's name)*

A lawsuit has been filed against you.

 Within **60** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Michael Laurence & Barbara Saavedra
Habeas Corpus Resource Center
303 Second Street, Suite 400 South
San Francisco, CA 94107

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: MAY 27 2008

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature

MARY ANN BUCKLEY

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

1  I, Barbara Saavedra, declare that I am a citizen of the United States, employed in the City and
2  County of San Francisco. I am over the age of 18 years and not a party to this action or cause. My
3  current business address is 303 Second Street, Suite 400 South, San Francisco, California 94107.
4  On May 27, 2008, I served true copies of the following:
5      **Summons in a Civil Action, Case. No. CV-08-2649;**
6      **Complaint, Case No. CV-08-2649;**
7      **Order Setting Initial Case Management Conference and ADR Deadlines;** and
8      **Notice of Availability of Magistrate Judge to Exercise Jurisdiction.**

9  On June 11, 2008, I served a true copies of the following:
10      **Order for Joint Case Management Statement;** and
11      **ECF Registration Information Handout.**

12  I served the above-referenced documents in the following manner and on the following
13  parties:

14  (1) By delivering copies of the documents to a Civil Process Clerk and designated Agent for
15  Service of the United States Attorney General for the Northern District of California at 450
16  Golden Gate Ave., 9th Floor, Office of the United States Attorney, San Francisco, CA 94102;
17  and

18  (2) By sending copies of the documents by certified mail to Michael B. Mukasey, United
19  States Attorney General, United States Department of Justice, 950 Pennsylvania Avenue,
20  NW, Washington, DC 20530-0001.

21  I declare under penalty of perjury that the foregoing is true and correct. Executed on June 11,
22  2008.

Barbara Saavedra