IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HABEAS CORPUS RESOURCE CENTER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE and MICHAEL B. MUKASEY, in his official capacity as Attorney General of the United States,<br><br>　　　　Defendants. | No. C 08-2649 CW<br><br>ORDER DENYING MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT |

　　Defendants have moved for an extension of time to respond to the complaint because their counsel will be out of town on previously scheduled leave at the time the response is currently due.  This motion is DENIED.  Counsel is not scheduled to depart until one week prior to the current deadline, which still leaves Defendants with fifty-three days to file their response.  If this amount of time is not adequate, other counsel within the Department of Justice can complete the task after assigned counsel's departure.

　　IT IS SO ORDERED.

Dated: 7/1/08

　　　　　　　　　　　　　　　　　　　　　_Claudia Wilken_
　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　	　　　　　　　　　　　　　　　　　United States District Judge