UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Habeas Corpus Resource Center

CASE NO. C 08-02649 CW

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

United States Department of Justice and
Attorney General Michael B. Mukasey

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✔ · have not yet reached an agreement to an ADR process
request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference September 2, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Michael Laurence | Habeas Corpus Resource Center | (415) 348-3800 | mlaurence@hcrc.ca.gov |
| Barbara Saavedra | Habeas Corpus Resource Center | (415) 348-3800 | bsaavedra@hcrc.ca.gov |
| Joel McElvain | United States Department of Justice Attorney General Mickael B. Mukasey | (202) 514-2988 | Joel.McElvain@usdoj.gov |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 8/12/2008

Michael Laurence
Attorney for Plaintiff

Dated: 8/12/2008

Joel McElvain
Attorney for Defendant

Rev 1.05

## ATTESTATION TO CONCURRENCE IN FILING

*Habeas Corpus Resource Center v. United States Department of Justice*
Case No. C 08-02649 CW

I, Barbara Saavedra, attest that the content of the document NOTICE OF NEED FOR ADR PHONE CONFERENCE is acceptable to all persons whose names appear therein.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 12, 2008

_____
BARBARA SAAVEDRA