**United States District Court**
For the Northern District of California

1
2
3
4                     IN THE UNITED STATES DISTRICT COURT

5                FOR THE NORTHERN DISTRICT OF CALIFORNIA

6
                                          No. C 08-02649 CW
7   HABEAS RESOURCE CENTER,
                                          CLERK'S NOTICE
8           Plaintiff,                    CONTINUING CASE
                                          MANAGEMENT
9        v.                               CONFERENCE

10  U.S. DEPT OF JUSTICE,

11          Defendant.
                                    /
12  _____

13

14      Notice is hereby given that the Case Management Conference,

15  previously set for September 2, 2008, is continued to **September 16,**

16  **2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street,

17  Oakland, CA 94612.  The joint Case Management Statement will be due

18  one week prior to the conference.

19

20  Dated: 8/25/08                    _Sheilah Cahill_

21                                    _____
                                      SHEILAH CAHILL
22                                    Deputy Clerk

23

24

25

26

27

28