GREGORY G. KATSAS
Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
JOEL McELVAIN, D.C. Bar No. 448431
Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Telephone:   (415) 436-6645
Fax:              (415) 436-6632
Email:           Joel.McElvain@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| **HABEAS CORPUS RESOURCE CENTER**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF JUSTICE** and **MICHAEL B. MUKASEY**, in his official capacity as Attorney General of the United States, <br><br> Defendants. | Case No. C 08-02649 CW <br><br> **Order** <br><br> Date: October 16, 2008 <br> Time: 2:00 p.m. <br> Place: Courtroom 2, Oakland |

Upon review of the Stipulation to Amend the Case Management Order, the Court hereby orders that the hearing and status conference previously scheduled for October 30, 2008 are postponed, and instead establishes the following schedule:

November 6, 2008   The Court will hear argument on Defendants' claims of exemption at 2:00 p.m.

November 6, 2008   The Court will conduct a status conference at 2:00 p.m. to determine a schedule and procedures for resolving any disputes regarding the need, if any, for Defendants to conduct additional searches or any other matters necessary to final resolution of this matter.

1  IT IS SO ORDERED.

2        10/9/08

3  Dated: _____

                                                     Hon. CLAUDIA WILKEN
                                                     United States District Judge