MICHAEL LAURENCE (State Bar No. 121854)
BARBARA SAAVEDRA (State Bar No. 191628)
HABEAS CORPUS RESOURCE CENTER
303 Second Street, Suite 400 South
San Francisco, California 94107
Telephone: (415) 348-3800
Facsimile:  (415) 348-3873
mlaurence@hcrc.ca.gov
bsaavedra@hcrc.ca.gov
docketing@hcrc.ca.gov

Attorneys for Plaintiff HABEAS CORPUS RESOURCE CENTER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| HABEAS CORPUS RESOURCE CENTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, and MICHAEL B. MUKASEY, in his official capacity as Attorney General of the United States,<br><br>Defendants. | Case No. 08-02649 CW<br><br>**SCHEDULING ORDER** |

GOOD CAUSE APPEARING, the following is hereby ordered:

Plaintiff's briefing on Defendants' claimed exemptions for recently located material responsive to Plaintiff's Freedom of Information Act request will be due February 5, 2009, Defendants' response is due February 19, 2009, and Plaintiff's reply is due February 26, 2009.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1/14/09

Dated: _____     _____

CLAUDIA WILKEN
United States District Court Judge

[PROPOSED] SCHEDULING ORDER
*HCRC v. DOJ*, No. 08-02649 CW

| | |
|---|---|
| Dated: January 8, 2009 | Respectfully submitted, |
| | HABEAS CORPUS RESOURCE CENTER |
| | By:  /s/  Barbara Saavedra |
| | BARBARA SAAVEDRA<br>Attorneys for Plaintiff |

[PROPOSED] ORDER
*HCRC v. DOJ*, No. 08-02649 CW

2