MICHAEL F. HERTZ
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
JOHN R. TYLER
Assistant Branch Director
JOEL McELVAIN, State Bar No. 257736
Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave., Room 7-5395
San Francisco, CA 94102
Telephone:   (415) 436-6645
Fax:              (415) 436-6632
Email:           Joel.McElvain@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

**HABEAS CORPUS RESOURCE CENTER**,

    Plaintiff,

  v.

**UNITED STATES DEPARTMENT OF JUSTICE** and **MARK FILIP**, in his official capacity as Acting Attorney General of the United States,

    Defendants.

Case No. C 08-02649 CW

**Order**

Date:  March 12, 2009
Time:  2:00 p.m.
Place: Courtroom 2, Oakland

  Upon review of the Stipulation for Leave to File Oversize Brief, it is hereby ORDERED that the Defendants shall have leave to file a combined motion for partial dismissal of the amended complaint, and opposition to the Plaintiff's motion for partial summary judgment, in a brief not to exceed 30 pages in length.

  IT IS SO ORDERED.

1/30/09

Dated: _____

_Claudia Wilken_
Hon. CLAUDIA WILKEN
United States District Judge

*Habeas Corpus Resource Ctr. v. U.S. Dep't of Justice*
Case No. C 08-02649 CW
[ Proposed] Order