MICHAEL F. HERTZ
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
JOHN R. TYLER
Assistant Branch Director
JOEL McELVAIN, State Bar No. 257736
Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave., Room 7-5395
San Francisco, CA 94102
Telephone:   (415) 436-6645
Fax:             (415) 436-6632
Email:          Joel.McElvain@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| **HABEAS CORPUS RESOURCE CENTER**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF JUSTICE** and **ERIC H. HOLDER, JR.**, in his official capacity as Attorney General of the United States, <br><br> Defendants. | Case No. C 08-02649 CW <br><br> **Order** <br><br> No hearing requested |

Upon review of the Stipulation to Stay Proceedings Related to the Plaintiff's Administrative Procedure Act Claims, the Court hereby

ORDERS that further proceedings related to the claims raised by the Plaintiff in Counts Seven through Ten of the amended complaint are hereby STAYED until the Department of Justice publishes the summary and response to comments contemplated in the notice of request for public comment that it published at 74 Fed. Reg. 6131 (Feb. 5, 2009), and further

ORDERS that the hearing previously scheduled to be held on March 12, 2009, with respect to the Defendants' motion for a stay is vacated, and further

ORDERS that, after that summary and response is published, the Defendants shall file a status report informing the Court of that publication.

IT IS SO ORDERED.

3/10/09
Dated: _____

_____
Hon. CLAUDIA WILKEN
United States District Judge