TONY WEST
Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
JOHN R. TYLER
Assistant Branch Director
JOEL McELVAIN, CBN 257736
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave., Room 7-5395
San Francisco, CA 94102
Telephone:   (415) 436-6645
Fax:              (415) 436-6632
Email:           Joel.McElvain@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| **HABEAS CORPUS RESOURCE CENTER**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF JUSTICE** and **ERIC H. HOLDER, JR.**, in his official capacity as Attorney General of the United States, <br><br> Defendants. | Case No. C 08-02649 CW <br><br> **Notice of Compliance with Order** <br><br> No hearing requested |

This Court, in its order of June 30, 2009 (Doc. 101), granted in part the motion by the Defendants, the United States Department of Justice (DOJ) and Eric H. Holder, Jr., in his official capacity as Attorney General, for partial summary judgment with respect to the claims of the Plaintiff, the Habeas Corpus Resource Center, under the Freedom of Information Act (FOIA). The Court determined that DOJ had properly withheld documents that are exempt from disclosure under FOIA, with the exception of certain redactions made on ten documents. The Court directed DOJ to disclose those certain redactions to the Plaintiff.

The Defendants hereby give notice that DOJ has complied with the Court's order and has disclosed records to the Plaintiff as directed in the order. This notice completes the matters in litigation with respect to the merits of Counts One through Six of the Plaintiff's amended complaint. Pursuant to this Court's order of March 10, 2009 (Doc. 100), proceedings relating to the remainder of the Plaintiff's amended complaint, Counts Seven through Ten, continue to be stayed.

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH P. RUSSONIELLO
United States Attorney


   /s/ Joel McElvain
JOHN R. TYLER
Assistant Branch Director
JOEL McELVAIN
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave., Room 7-5395
San Francisco, CA 94102
Telephone:   (415) 436-6645
Fax:              (415) 436-6632
Email:          Joel.McElvain@usdoj.gov

Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2009, I electronically filed the foregoing Notice of Compliance with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

    /s/ Joel McElvain
JOEL McELVAIN