IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HABEAS CORPUS RESOURCE CENTER,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE and ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States,<br><br>    Defendants. | No. C 08-2649 CW<br><br>ORDER DENYING DEFENDANT'S MOTIONS TO DISMISS (Docket Nos. 67, 83) |

    Defendant United States Department of Justice filed motions to dismiss counts seven through ten in Plaintiff Habeas Corpus Resource Center's amended complaint.  (Docket Nos. 67, 83.)  On March 10, 2009, pursuant to stipulation, the Court stayed further proceedings on counts seven through ten.  (Docket No. 100.) Because the counts at issue in Defendant's motions are stayed, the Court DENIES Defendant's motions without prejudice.

    IT IS SO ORDERED.

Dated: 9/29/09

                              CLAUDIA WILKEN
                              United States District Judge