1  TONY WEST
   Assistant Attorney General
2  MELINDA HAAG
   United States Attorney
3  JOHN R. TYLER
   Assistant Branch Director
4  JOEL McELVAIN, State Bar No. 257736
   Senior Counsel
5  U.S. Department of Justice
   Civil Division, Federal Programs Branch
6  20 Massachusetts Ave., NW, Room 7332
   Washington, DC 20001
7  Telephone:   (202) 514-2988
   Fax:            (202) 616-8202
8  Email:        Joel.McElvain@usdoj.gov

9  Attorneys for Defendants

10              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                        (OAKLAND DIVISION)

12  **HABEAS CORPUS RESOURCE CENTER**,     )
                                            )
13              Plaintiff,                  )   Case No. C 08-02649 CW
                                            )
14              v.                          )   **Stipulation for Dismissal**
                                            )
15  **UNITED STATES DEPARTMENT OF**          )
16  **JUSTICE** and **ERIC H. HOLDER, JR.**, in his  )   No hearing requested
    official capacity as Attorney General of the  )
17  United States,                          )
                                            )
18              Defendants.                 )
                                            )
19

20          WHEREAS the plaintiffs, in their amended complaint, sought access to public

21  records and review of a final rule published in December 2008 by the Attorney General of

22  the United States with respect to the certification process for state capital counsel

23  systems, 73 Fed. Reg. 75,327 (Dec. 11, 2008) ("the 2008 final rule");

24          WHEREAS, this Court denied defendants' motion for summary judgment on the

25  adequacy of searches and issued orders directing the defendants to conduct additional

26  searches in response to the plaintiff's FOIA request, and also issued orders sustaining

27

28

some of the defendants' claims of exemptions from disclosure but directing that other records be disclosed in whole or in part;

WHEREAS, this Court issued a preliminary injunction that enjoined the defendants from putting the 2008 final rule into effect "without first providing an additional comment period of at least thirty days and publishing a response to any comments received during such period";

WHEREAS, the defendants complied with the Court's directions with respect to the plaintiff's FOIA request, their additional searches resulted in the disclosure of public records responsive to plaintiff's request, and the Attorney General has published a request for additional public comments with respect to the 2008 final rule, 74 Fed. Reg. 6131 (Feb. 5, 2009);

WHEREAS, the Attorney General has published a notice of proposed rulemaking, which proposed to withdraw the 2008 final rule, 75 Fed. Reg. 29,217 (May 25, 2010);

WHEREAS, the Attorney General has published a final rule, which withdraws the 2008 final rule effective as of December 23, 2010, 75 Fed. Reg. 71,353 (Nov. 23, 2010) ("the 2010 final rule");

IT IS HEREBY STIPULATED AND AGREED between the parties to this action that:

1.  Defendants' searches for and disclosures of public records, and the publication of the 2010 final rule resolves or renders moot the issues that the plaintiff raised in its amended complaint with respect to requests for public records and the 2008 final rule.

2.  As of the date that the 2010 final rule becomes effective – December 23, 2010 – the preliminary injunction that this Court has entered with respect to the 2008 final rule should be vacated.

3.  As of December 23, 2010, this case should be dismissed with prejudice as to all claims raised by the plaintiff against the defendants.

1       4.  Pursuant to Civil Local Rule 54-6, the parties will meet and confer with respect

2   to any potential claim for attorney's fees by the plaintiff, and if informal discussions do

3   not resolve the matter, the plaintiff should be directed to file any motion for attorney's

4   fees within fourteen days of the dismissal of this action, or within fourteen days of

5   December 23, 2010, whichever date is later.

6       Respectfully submitted,

7

8   ___/s/_____           ___/s/_____

9   MICHAEL LAURENCE            JOEL McELVAIN
    Attorney for Plaintiff                 Attorney for Defendants

10  Dated: November 30, 2010       Dated: November 30, 2010

11

12      I hereby attest that I have obtained the consent for the filing of this document from

13  all persons whose signatures are represented herein.

14

15                  ___/s/_____
                    JOEL McELVAIN

16

17

18

19

20

21

22

23

24

25

26

27

28

1

CERTIFICATE OF SERVICE

2       I hereby certify that on November 30, 2010, I electronically filed the foregoing

3   Stipulation for Dismissal, using the CM/ECF system, which will send notification of such

4   filing to the counsel of record in this matter who are registered on the CM/ECF system.

5

6

7                                      /s/ Joel McElvain

8                                      JOEL McELVAIN

9

10

11

12

13

14

15

16      

17

18

19

20

21

22

23

24

25

26

27

28