MICHAEL LAURENCE (State Bar No. 121854)
BARBARA SAAVEDRA (State Bar No. 191628)
HABEAS CORPUS RESOURCE CENTER
303 Second Street, Suite 400 South
San Francisco, California 94107
Telephone: (415) 348-3800
Facsimile:  (415) 348-3873
mlaurence@hcrc.ca.gov
bsaavedra@hcrc.ca.gov
docketing@hcrc.ca.gov

Attorneys for the Plaintiff HABEAS CORPUS RESOURCE CENTER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| HABEAS CORPUS RESOURCE CENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, and ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States,<br><br>    Defendants. | Case No. 08-02649 CW<br><br>**ORDER TO EXTEND TIME TO FILE A MOTION FOR ATTORNEY FEES** |

GOOD CAUSE APPEARING, and pursuant to stipulation by the parties, it is hereby ordered that the time for plaintiff to file a motion for attorney fees is extended to January 20, 2011.

IT IS SO ORDERED.

Dated: __1/6/2011_____        _____
                                                                CLAUDIA WILKEN
                                                                United States District Court Judge

1

[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
*HCRC v. U.S. DOJ*, C 08-02649 CW

| | | |
|---|---|---|
| 1 | Dated: January 4, 2011 | Respectfully submitted, |
| 2 | | HABEAS CORPUS RESOURCE CENTER |

By:  /s/  Michael Laurence

MICHAEL LAURENCE
Attorneys for Plaintiff