GEORGE E. GREER (pro hac vice pending)
ggreer@orrick.com
CATHERINE Y. LUI (STATE BAR NO. 239648)
clui@orrick.com
DARREN S. TESHIMA (STATE BAR NO. 238875)
dteshima@orrick.com
SHANNON C. LEONG (STATE BAR NO. 268612)
sleong@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco California  94105-2669
Telephone:	+1-415-773-5700
Facsimile:	+1-415-773-5759

Attorneys for Plaintiff
Habeas Corpus Resource Center

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Habeas Corpus Resource Center,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>United States Department of Justice and Eric H. Holder in his official capacity as United States Attorney General,<br><br>　　　　　Defendants. | Case No. 4:08-cv-2649 CW<br><br>Case No. 13-cv-4517<br><br>**[PROPOSED]** ORDER RELATING CASES<br><br>Date:　　　TBD<br>Time:　　　TBD<br>Courtroom: 2<br>Judge:　　　Hon. Claudia Wilken |
| Habeas Corpus Resource Center and the Office of the Federal Public Defender for the District of Arizona,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>United States Department of Justice and Eric H. Holder in his official capacity as United States Attorney General,<br><br>　　　　　Defendants. | |

1     Based upon Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related, and under Civil Local Rule 3-12, the following cases are deemed related:

1. *Habeas Corpus Resource Center v. U.S. Department of Justice, et al.*, Case No. 08-02649 CW

2. *Habeas Corpus Resource Center and the Office of the Federal Public Defender for the District of Arizona v. U.S. Department of Justice, et al.*, filed September 30, 2013, Case No. 13-4517

Accordingly, *Habeas Corpus Resource Center and the Office of the Federal Public Defender for the District of Arizona v. U.S. Department of Justice, et al.*, Case No. 13-4517 shall be assigned to this Court.

IT IS SO ORDERED.

Dated: \_\_\_\_October 9\_\_\_\_, 2013

_____
Hon. Claudia Wilken